Mr. Reddie Houston
264 FM 3478 ROAD
HUNTSUZILLE, TEXAS 77320

67,748-05,06,
07,08

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

Dear Mr. Abel Acosta, Clerk:

My name is Mr. Reddie Houston. I am incarcerated at the ESTELLE UNIT.

Did you receive my T.R. App. P. packet in the mail about a week ago?

Notify me if you have received it, and filed it in the court on my behalf.

Can you understand that I am asking for information concerning my legal packet that I had sent to you?

Though I am not asking for legal advise from you concerning my case or writ.

Thank you for your time and convenience.

Sincerely,
Mr. Reddie Houston

Mr. Reddie Houston